No. 03–9514. CREUSERE *v.* BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF CINCINNATI ET AL.

C. A. 6th Cir. Certiorari denied.